IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03144-MSK-KLM

PAMELA ROBINSON, as Administrator of the Estate of Brian K. Houle, and as Legal Custodian and Next Friend of Logan Houle,
THE ESTATE OF BRIAN K. HOULE, and
LOGAN HOULE, a Minor,

    Plaintiffs,

v.

STEAMBOAT SPRINGS WATER SPORTS CLUB, INC., a Colorado non-profit corporation,
LUKE KESSLER, individually and in his official capacity as Head Coach of the Steamboat Springs Winter Sports Club Snowboard Team Junior Programs,
DAVID R. TORRONI, JR.,
DAVID TORRONI, and
ISLAND BUILDING CONTRACTORS INC., a New Jersey corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [#10] (the "Motion"). Plaintiff seeks to amend the Complaint [#1] as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). No Defendant has yet entered an appearance in this matter.

    IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**. The Clerk of Court shall accept Plaintiff's Amended Complaint [#10-1] for filing as of the date of this Minute Order.

    Dated: January 20, 2015