IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03144-MSK-KLM

PAMELA ROBINSON, as Administrator of the Estate of Brian K. Houle, and as Legal
Custodian and Next Friend of Logan Houle,
THE ESTATE OF BRIAN K. HOULE, and
LOGAN HOULE, a Minor,

       Plaintiffs,

v.

STEAMBOAT SPRINGS WATER SPORTS CLUB, INC., a Colorado non-profit corporation,
LUKE KESSLER, individually and in his official capacity as Head Coach of the Steamboat
Springs Winter Sports Club Snowboard Team Junior Programs,
DAVID R. TORRONI, JR.,
DAVID TORRONI, and
ISLAND BUILDING CONTRACTORS INC., a New Jersey corporation,

       Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on Plaintiffs' **Unopposed Second Motion to Amend Complaint** [#26] (the "Motion").  Plaintiffs seek to amend the Amended Complaint [#16] pursuant to Fed. R. Civ. P. 15(a)(2).

       IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  The Clerk of Court shall accept Plaintiffs' Second Amended Complaint [#26-2] for filing as of the date of this Minute Order.

       Dated:  February 25, 2015